Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00813-CV

____________

 

RUTHERFORD COLVIN, JR.,
Appellant

 

V.

 

REGINA FAYE MCWILLIAMS,
Appellee

 



 

On Appeal from the
245th District Court

Harris County,
Texas

Trial Court Cause No.
97-27351

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order purportedly signed
December 4, 2003. The Harris County District Clerk has informed the clerk of
this court the order being appealed has not been rendered and no order was
signed on December 4, 2003. Accordingly, the record before this court contains
no appealable order. 

On October 26, 2005, notification was transmitted to all
parties of this Court=s intent to dismiss the appeal for want of jurisdiction.  See Tex.
R. App. P. 42.3(a).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.